UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ROBERT ROSS BANKS #05834-025** | **CIVIL ACTION NO. 1:23-cv-01025 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **J W COX** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 13] filed by Plaintiff Robert Ross Banks ("Petitioner"), and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner is **DENIED and DISMISSED WITHOUT PREJUDICE** to seeking relief if his confinement becomes unconstitutional.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 17th day of May 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE